

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00250-CV

**IN THE INTEREST OF Z.A.W.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2024PA00309
Honorable Charles E. Montemayor, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
                Lori Massey Brissette, Justice
                H. Todd McCray, Justice

Delivered and Filed: August 6, 2025

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, and appellee has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM